| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:19CR30 |
| v. | |
| TORRANCE JACKSON, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Joseph P. McCool, counsel for Plaintiff, for the dates of April 15, 2019 through and including April 16, 2019; April 29, 2019 through and including May 3, 2019; and June 10, 2019 through and including June 14, 2019. (Doc. 24.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 18th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA